1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FREDERICK LOAKES, an individual, and DIOLINDA LOAKES, an individual, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., as loan servicer; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA CORPORATION as trustee; WORLD SAVINGS BANK, FSB as investor; AND DOES 1 TO 100 INCLUSIVE,<br><br>Defendants. | Case No.: CV 14-5530-DMG (JCx)<br><br>**JUDGMENT OF DISMISSAL [41]** |
|---|---|

On June 27, 2016, the Court entered an Order granting the Motion to Dismiss the Second Amended Complaint, filed by Defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO. dismissing the Second Amended Complaint in its entirety, with prejudice.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendants WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO. Plaintiffs, Frederick Loakes and Diolinda Oakes, will recover nothing in this action.

DATED: August 30, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE